IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL LEE, #239 905, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:16-CV-249-WHA |
| ALABAMA DEPT. OF CORRECTIONS, *et al.*, | ) |
| Defendants. | ) |

## **OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on August 29, 2018. Doc. 37. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

Final Judgment will be entered accordingly.

Done, this 21st day of September 2018.

　　　　　　　　　　　　　　/s/    W. Harold Albritton
　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE